**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Airman Basic NICHOLAS A. FIELDS**
**United States Air Force**

**ACM 38692**

**14 May 2015**

Sentence adjudged 9 September 2014 by GCM convened at Eglin Air Force Base, Florida.  Military Judge:  Matthew S. Ward (sitting alone).

Approved Sentence:  Confinement for 12 month and forfeiture of all pay and allowances.

Appellate Counsel for the Appellant:  Major Jeffrey A. Davis.

Appellate Counsel for the United States:  Colonel Katherine E. Oler.

Before

MITCHELL, WEBER, and KIEFER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court